```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON LAMARR SMITH-CUSHINGBERRY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon consideration of the defendant's motion to review detention, I shall direct the pretrial services officer to arrange a screening for the defendant's possible admission to an inpatient treatment facility.

IT THEREFORE HEREBY IS ORDERED,

The pretrial services officer shall arrange a screening interview of the defendant for consideration of his placement at an inpatient treatment facility.

DATED this 31st day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge