UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| PEEAIR WARD, | ) | |
| BRANDON SMITH-CUSHINGBERRY, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 2nd day of December, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 8, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 853, based upon the Defendants' pleas of guilty to Count I of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $555.00 in United States currency and a High Point CF 380 handgun, serial no. P909425, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on September 26, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 1, 2008 (Filing No. 108).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $461.00 and $520.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C. The $461.00 and $520.00 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 2nd day of December, 2008

BY THE COURT:

s/ Warren K. Urbom

**WARREN K. URBOM, JUDGE**
**United States District Court**