UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| | ) | |
| vs. | ) | **AMENDED FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| PEEAIR WARD, | ) | |
| BRANDON SMITH-CUSHINGBERRY, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 17th day of December, 2008, this matter comes on before the Court upon the United States' Motion to Amend Final Order of Forfeiture.  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On December 2, 2008, this Court entered a Final Order of Forfeiture (Filing No. 110). Paragraph no. 1 of the Order incorrectly refers to property not involved in this case.

2.  The Final Order of Forfeiture should name the properties listed in the Indictment and Plea Agreements, viz., $461.00 and $520.00 in United States currency.

3.  The Plaintiff's Motion to Amend Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion to Amend Final Order of Forfeiture is hereby sustained.

B.  The Final Order of Forfeiture is amended to name the properties as $461.00 and $520.00 in United States currency.

DATED this 17th day of December, 2008

**BY THE COURT:**

s/ Warren K. Urbom

_____
**WARREN K. URBOM, JUDGE**
**United States District Court**