IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3078 |
| v. | ) ) | |
| BRANDON LAMARR SMITH-CUSHINGBERRY, | ) ) ) | ORDER ON MOTION FOR RELEASE FOR SELF SURRENDER |
| Defendants. | ) ) ) | |

    IT IS ORDERED that defendant Brandon Lamarr Smith-Cushingberry may leave Omaha, Nebraska, immediately for bus transport to defendant's home in Indianapolis, Indiana, for the purpose of visiting defendant's son, Brandon Lamarr Smith-Cushingberry, Jr. and defendant's mother, Betty Smith, prior to defendant self surrendering to FCI Elkton, Federal Correctional Institution, 8730 Scroggs Road, Elkton, Ohio 44415 no later than January 13, 2009, at 2:00 p.m.

    Dated January 9, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge