IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3078 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON LAMARR SMITH-CUSHINGBERRY, | ) | ORDER GRANTING MOTION TO SEAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Seal, filing 143, is granted.

Dated January 19, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge